Willis Castaing, Intervenor, Appellant, v. The County of Pinellas, by John S. Taylor, C. E. Jackson, D. Byrd McMullen, George W. Stahl and George Edwards, as County Commissioners of Pinellas County, State of Florida, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Pinellas.

Appeal dismissed on motion of counsel for appellee, at costs of appellant.

*A. C. Brooks, Chas. J. Maurer, Wilson & Mack* and *King & Spear,* for Appellant;

*Davis, Pierce & Sellers, John P. Wall* and *K. I. Mc-Kay,* for Appellee.